NO. 07-03-0446-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

NOVEMBER 7, 2003

______________________________

CAMIL KREIT, M.D. AND SAMIR KREIT, M.D., APPELLANTS

V.

CHARLOTTE FOREMAN, APPELLEE

_________________________________

FROM THE 253
RD
 DISTRICT COURT OF LIBERTY COUNTY;

NO. 56,121; HONORABLE CHAP B. CAIN, III, JUDGE

_______________________________

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Pursuant to appellants’ Unopposed Motion to Dismiss for Want of Jurisdiction based on the trial court’s order vacating the final judgment from which this appeal was perfected, the appeal is dismissed for want of jurisdiction.

Without passing on the merits of the case, the appellant’s unopposed motion for dismissal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1.  All costs having been paid, no order pertaining to the costs is made.  Having dismissed the appeal at the appellant’s request, no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

Chief Justice